**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-00725-CMA-KLM

AURORA BANK, FSB,

    Plaintiff,

v.

SEATTLE BANK, f/k/a SEATTLE SAVINGS BANK,

    Defendant.

---

**ORDER ACCEPTING PREVIOUSLY-FILED CORRECTED CERTIFICATE OF SERVICE, CIVIL COVER SHEET AND EXHIBIT A TO NOTICE OF REMOVAL, AND ORDER AMENDING CAPTION**

---

This matter comes before the Court on Defendant's Unopposed Motion To Accept Previously-Filed Corrected Certificate of Service, Civil Cover Sheet, and Exhibit A To Notice of Removal [Docket No. 6] and To Amend Caption (Doc. # 9), filed by Defendant Seattle Bank f/k/a Seattle Savings Bank ("Seattle Bank"). The Court, being sufficiently advised in the Premises, hereby ORDERS as follows:

    1.    The filings reflected in Notice of Corrected Certificate of Service, Civil Cover Sheet, and Exhibit A to Notice of Removal (Doc. # 6) are accepted *nunc pro tunc* March 20, 2013.

    2.    The certificate of service is amended to remove reference to Michael Rollin of Reilly, Pozner.

3.     The caption is amended as set out above.

DATED:  April   30  , 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge