IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00725-CMA-KLM

AURORA BANK, FSB.,

    Plaintiff,

v.

SEATTLE BANK, f/k/a SEATTLE SAVINGS BANK,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for Entry of Stipulated Protective Order** [Docket No. 24; Filed June 19, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#24] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#24-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: June 21, 2013